IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01716-WYD-CBS

TITANIUM METALS CORPORATION,
a Delaware corporation,

      Plaintiffs,

v.

MEYER INDUSTRIES LIMITED,
a company registered under the laws of the Kingdom of Thailand,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time for Service of Summons and Complaint Pursuant to Rule 4(m) and for Motion to Vacate and Reset Case Management Deadlines (*doc. no. 10)* is **GRANTED**.  The deadline for Plaintiff to serve Defendant is extended to **March 28, 2007**.

      IT IS FURTHER ORDERED that the scheduling conference set for February 8, 2007, and all related deadlines are **VACATED**.

      IT IS FURTHER ORDERED that a status report is due no later than **March 28, 2007**.

**DATED:**     December 11, 2006